ACCEPTED
04-14-00246-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/18/2015 4:49:27 PM
KEITH HOTTLE
CLERK

NO. 04-14-00246-CR

| | | |
|---|---|---|
| DESTYN DAVID FREDERICK | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | FOURTH SUPREME JUDICIAL |
| | § | DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | SAN ANTONIO, TEXAS |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
2/18/2015 4:49:27 PM
KEITH E. HOTTLE
Clerk

## MOTION FOR EXTENSION OF TIME
## TO FILE APPELLANT'S BRIEF

THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Appellant in the above styled and numbered cause, by and though his undersigned counsel of record, and files this Motion for Extension of Time to File Appellant's Brief pursuant to Rule 10.5(b), Texas Rule. In support of this Motion, Appellant would show the Court the following:

1. Statement of Case: Appellant was charged by a grand jury indictment in Cause No. 11-09-00041-CRL for capital murder before the 81st/218th District Court, La Salle County, Texas, the Honorable Donna S. Rayes, presiding. Appellant entered a plea of not guilty before a jury which upon deliberation returned a unanimous verdict of guilty to Felony Murder. Sentence of thirty (30) years imprisonment was imposed by the jury on February 12, 2014. In accordance with the verdicts by the jury, the court imposed sentence entered Judgment and Sentence filed on March 27, 2014. Appellant's timely written notice of appeal was timely filed on February 22, 2014. A Motion for New Trial was filed and overruled by operation on law.

2. Deadline for Filing Brief: February 18, 2015.

3. Extension of Time Requested: 30 days to March 18, 2015.

4. Reasonable Need for Extension: This Court issued an Oder on December 5, 2015 in which it found that appellant's brief had not been filed in Appellant's appeal and ordered the trial court to

a hearing the trial court appointed the undersigned counsel to substituted as Appellant's attorney on appeal. Counsel was appointed on December 12, 2014. Counsel was on vacation in Europe from December 13, 2014 through January 4, 2015. Counsel has obtained a copy of the Clerk's Record and the Court Reporters' record.

The reporter's record consists of nine volumes and includes over 1600 pages of pre-trial hearings, voir dire, testimony of 15 witnesses, motion hearings and arguments of counsel.

Counsel is in the process of reviewing the testimony and preparing a summary of testimony and identifying potential grounds of error. Due to the limited time that counsel has had to become familiarly with the case and the complexity of this case that involved an indictment that alleged multiple offenses from capital murder to the state jail felony counsel requires additional time to prepare a brief and conduct legal research to prepare grounds for review.

Counsel requires an additional thirty days to review the record prepare a brief.

5. Number of Prior Extensions: This is undersigned counsel's second request for an Extension of Time to File Appellant's Brief.

WHEREFORE, Appellants prays to the Court grant this Motion and extend the deadline for filing the brief in this cause to March 18, 2015.

Respectfully Submitted,

LAW OFFICES OF
RICHARD E. LANGLOIS
217 ARDEN GROVE
San Antonio, Texas 78215
TEL: (210) 225-0341
FAX: (210)225-0345

RICHARD E. LANGLOIS
State Bar No. 11922500
ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and forgoing Appellant's Motion for Extension of Time to File Appellate Brief was mailed to the Ls Salle County District Attorney's Office, Rene Pena, 1327 3rd St, Floresville, Texas 78114 on this 18th day of February, 2015.

_____
RICHARD E. LANGLOIS

THE STATE OF TEXAS

COUNTY OF BEXAR

BEFORE ME, the undersigned authority, on this day personally appeared, Richard E. Langlois, who being by me duly sworn, upon oath says that he is the attorney of record for the Appellant in the above and foregoing motion, and that the statements contained therein are true and correct.

_____
RICHARD E. LANGLOIS

SWORN TO BEFORE ME, on this 18th day of February, 2015, which witness my hand and official seal of office.

Angelina Rivas
NOTARY PUBLIC In and For
Bexar County, Texas

ANGELINA RIVAS
Notary Public State of Texas
My Commission Expires
April 05, 2015